UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN IRENE UHLMAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN,<br><br>　　　　Respondent. | No. CV-05-4255-FMC (JWJ)<br><br><br>JUDGMENT |

　　　Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

　　　IT IS ADJUDGED that Judgment be entered dismissing the Petition as untimely.

DATED: Mar 10, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　FLORENCE-MARIE COOPER
　　　　　　　　　　　　　　　　　　United States District Judge